## L. C. DAVIS v. STATE.

No. A-4213.   Opinion Filed June 15, 1923.

(215 Pac. 795.)

Appeal from County Court, Oklahoma County; W. R. Tay-
lor, Judge.

L. C. Davis was convicted of unlawfully conveying intoxi-
cating liquors, and he appeals.   Affirmed.

W. J. Davidson, for plaintiff in error.

The Attorney General, for the State.

MATSON, P. J.   This is an appeal from the county court
of Oklahoma county, wherein, on the 22d day of October,
1921, the plaintiff in error was convicted of the crime of un-
lawfully conveying intoxicating liquors and sentenced to pay
a fine of $50 and to be imprisoned in the county jail for a per-
iod of 30 days.

The cause was submitted on the 22d day of May, 1923, at
which time no brief had been filed on behalf of plaintiff in
error, but counsel for plaintiff in error appeared in open court
and requested additional time in which to file a brief in this
case, and, for good cause shown, at that time counsel was al-
lowed 15 days from the 22d day of May, 1923, in which to file
brief in this cause.   The time granted plaintiff in error has ex-
pired, and no brief has been filed nor any showing made as to
why the order of the court was not complied with.

An examination of the pleadings, instructions of the court, and the judgment and sentence disclose no prejudicial error.

The judgment is therefore affirmed under rule 9 of this court (12 Okla. Cr. viii, 165 Pac. x).

BESSEY and DOYLE, JJ., concur.